UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-20949-GAYLES/TORRES

**EDWARD DECASO**,

    Plaintiff,

v.

**KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 25]. On March 10, 2021, Plaintiff filed a Complaint seeking judicial review of the final decision of the Commissioner of Social Security (the "Commissioner") denying Plaintiff's application for disability benefits. [ECF No. 1]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pre-trial, non-dispositive matters and for a report and recommendation on all dispositive matters. [ECF No. 3]. On August 26, 2022, Judge Torres issued his Report recommending that Plaintiff's Motion for Summary Judgment, [ECF No. 18], be denied, the Commissioner's Motion for Summary Judgment, [ECF No. 23], be granted, and the Commissioner's decision be affirmed. No objections were filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see*

*also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report for clear error, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that the Commissioner's decision should be affirmed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 25], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.[1]

2. Plaintiff's Motion for Summary Judgment, [ECF No. 18], is **DENIED**.

3. The Commissioner's Motion for Summary Judgment, [ECF No. 23], is **GRANTED**.

4. The Commissioner's decision is **AFFIRMED**.

5. This action is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 8th day of September, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

---

[1] Although the Report mistakenly states that Plaintiff applied for disability benefits on March 21, 2021, *see* [ECF No. 25 at 2], the parties agree that Plaintiff applied for disability benefits on March 21, 2019, *see* [ECF No. 18 at 1 & ECF No. 23 at 2]. This minor scrivener's error does not affect the analysis and conclusion.